# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VIVIAN RODRIGUES DA-SILVA, | 2:12-cv-00595-GMN-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| SMITH'S FOOD & DRUG CENTERS, INC., | |
| Defendant. | [Motion to Withdraw as Attorney (#16)] |

Before the Court is Plaintiff's Motion to Withdraw as Attorney (#16) on December 26, 2012. The Court held a hearing on February 6, 2013.

**Relevant Background:**

Pursuant to the order granting the Second Stipulation and Order to Extend Time for Discovery (#13), discovery cut-off was extended to February 8, 2013. On December 13, 2012, Defendant filed the Motion to Dismiss or in the Alternative to Compel Discovery and Award Sanctions (#14), the response to the Motion to Dismiss was filed on December 21, 2012 (#15), and the reply in support of the Motion to Dismiss was filed on December 31, 2012 (#17).  The Motion to Dismiss was referred to the undersigned for a Report and Recommendation.  A minute order setting the Motion to Dismiss for a hearing on February 6, 2013 was entered on January 22, 2012 (#19).  The hearing on the Motion to Dismiss was held on February 6, 2013 and the Report and Recommendation (#21) was entered shortly after the hearing on the same day.

Lewis Gazdaz, Esq., Afshin Tadayon, Esq., and the law firm of Gazda & Tadayon seek to withdraw as attorney of record for Plaintiff Vivian Rodrigues Da-Silva as, "[c]ommunication has broken down to where representation is impossible, communication cannot be restored to where Gazda & Tadayon can adequately represent the Plaintiff."  (#16).

**Discussion:**

Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result."   There is no delay of discovery as the cut-off date is February 8, 2013.  No trial date has been entered for this matter and a hearing has been held on Motion to Dismiss or in the Alternative to Compel Discovery and Award Sanctions (#14).  Defendant has not filed an opposition to the Motion to Withdraw As Counsel.  Local Rule 7-2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Having reviewed and considered the matter, and for good cause shown,

IT IS HEREBY ORDERED that Motion to Withdraw as Attorney (#16) is GRANTED.

IT IS FURTHER ORDERED that the Court Clerk mail a copy of this order and the Report and Recommendation (#21) to Plaintiff Vivian Rodrigues Da-Silva at the following address:

Vivian Rodrigues Da-Silva
2110 Mariposa Avenue
Las Vegas, Nevada 89104

DATED this 6th day of February, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE